**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CRIMINAL ACTION NO. 11-3-DLB-2**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

vs.         **ORDER ADOPTING REPORT & RECOMMENDATION**

**BRIAN J. McENENY**                                                     **DEFENDANT**

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of three (3) months imprisonment, with no supervised release to follow. (Doc. # 96). During the final revocation hearing conducted by Magistrate Judge Candace J. Smith on January 17, 2013, Defendant stipulated to violating the terms of his supervised release as set forth in the January 8, 2013 Supervised Release Violation Report. (Doc. # 97).

Defendant having been given the opportunity to allocute by filing a request to address the Court prior to sentencing (Doc. # 96 at 9), and Defendant having failed to file such notice requesting allocution, and no objections to the R&R having been filed, the R&R is ripe for the Court's review. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's January 24, 2013 Report and Recommendation (Doc. # 96) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **three (3) months**, **with no further supervised release to follow**; and

(5) A judgment shall be entered contemporaneously herewith.

This 19th day of February, 2013.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2011\11-3-DLB-2 Order adopting R&R on SRV per 1-8-13 SRV report.wpd